# Order

Michigan Supreme Court
Lansing, Michigan

October 2, 2020

161267

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JEFFREY ALLEN NYE,
      Defendant-Appellant.

SC: 161267
COA: 351480
Oakland CC: 2002-186168-FC

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

_____/

      On order of the Court, the application for leave to appeal the March 13, 2020 order of the Court of Appeals is considered. We DIRECT the Oakland County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

      The application for leave to appeal remains pending.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 2, 2020



Clerk

p0929